IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHELVIE HARDIN, | § § | |
| Plaintiff, | § § | Case No.: 4:17-cv-3732 |
| vs. | § § § | |
| LONE STAR COLLEGE SYSTEM, | § § | TRIAL BY JURY DEMANDED |
| Defendant. | § § | |

**PLAINTIFF'S MOTION TO DISMISS UNDER RULE 41(a)(2)**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, Shelvie Hardin, files this Motion to Dismiss. The parties have settled this case. Thus, Plaintiff requests that the Court dismiss his case without prejudice.

Dated: July 5, 2018

Respectfully submitted,

COANE AND ASSOCIATES, PLLC

By:*/s/ct*
Connor Throckmorton
S.D. Tex. #3065092 TX Bar #24103965
Bruce A. Coane
S.D. Tex. #7205 TX Bar # 04423600
Coane and Associates, PLLC
5177 Richmond Ave., Suite 770
Houston, TX 77056
Telephone: 713-850-0066
Facsimile: 713-850-8528
Email:  connor.throckmorton@coane.com
        bruce.coane@gmail.com
**ATTORNEYS FOR PLAINTIFF**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing document by filing the same with the Court's CM/ECF electronic filing system on this 5th day of July 2018.

*/s/ct*
Connor Throckmorton

2