IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHELVIE HARDIN, | § § § | |
| Plaintiff, | § § | Case No.: 4:17-cv-3732 |
| vs. | § § § | |
| LONE STAR COLLEGE SYSTEM, | § § § | |
| Defendant. | § § | |

ORDER

Having considered Plaintiff's Motion to Dismiss under Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court hereby GRANTS the motion.

It is ORDERED that this case is dismissed.

SIGNED this 9 day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE